UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

OPERATING ENGINEERS LOCAL 139
HEALTH BENEFIT FUND, CENTRAL
PENSION FUND OF THE INTERNATIONAL UNION
OF OPERATING ENGINEERS AND PARTICIPATING
EMPLOYERS, WISCONSIN OPERATING ENGINEERS
SKILL IMPROVEMENT AND
APPRENTICESHIP FUND,
JOINT LABOR MANAGEMENT WORK
PRESERVATION FUND, OPERATING ENGINEERS LOCAL
139 DEFINED CONTRIBUTION ANNUITY FUND,
TERRANCE E. MCGOWAN, as a Trustee of said Funds
except CENTRAL PENSION FUND, JOSEPH SHELTON,
as Chief Executive Officer of CENTRAL PENSION FUND, and
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 139,

        Plaintiffs,

v.                                      CIVIL ACTION NO. 23-CV-0756

PETERS HEAVY CONSTRUCTION, INC.,

        Defendant.

---

**MOTION FOR ENTRY OF JUDGMENT**

---

NOW COME Plaintiffs (hereinafter collectively "Plaintiff Funds"), by their attorneys, default having been entered against the Defendant on August 2, 2023, and move for entry of judgment against Defendant, PETERS HEAVY CONSTRUCTION, INC. In support of the Motion, Plaintiffs state:

    1.    On August 2, 2023, this Court entered default against Defendant as Defendant has failed to timely answer the Complaint. Plaintiff Funds respectfully request entry of judgment pursuant to F.R.Civ.P. Rule 55(b)(2).

2. Plaintiff Funds' auditors completed an audit of the payroll books and records of Defendant. The audit was conducted for the period of September 1, 2020 through March 31, 2022 ("Audited Period").

3. Plaintiff Funds' records show that the Defendant is delinquent in contributions to the Plaintiff Funds in the amount of **$17,195.39**. *See* Affidavit of Rita Becker.

4. Additionally, Defendant owes interest in the amount of **$2,215.92** and **$3,313.16** is due for delinquent payment assessments. Becker Aff. ¶ 6.

5. In addition, Plaintiff Funds' counsel have expended the total amount of **$1,638.25** in attorneys' fees and costs in this matter. *See* Affidavit of Cynthia L. Buchko; Affidavit of Laura M. Finnegan.

6. Based upon the documents attached hereto, Plaintiff Funds request entry of judgment in the total amount of **$24,362.72** plus post judgment interest.

WHEREFORE, Plaintiff Funds respectfully request this Court to enter judgment by default against the Defendant in the amount of **$24,362.72.**

Dated this 16th day of August, 2023.

                                           */s/ Cynthia L. Buchko*

Cynthia L. Buchko
In-House Counsel for
Operating Engineers Local 139 Health Benefit Fund,
Wisconsin Operating Engineers Skill Improvement and
Apprenticeship Fund, Operating Engineers Local 139
Defined Contribution Annuity Fund, Trustee Terrance
E. McGowan, International Union of Operating Engineers
Local 139 and Joint Labor Management Work Preservation
Fund a/k/a Construction Business Group
4702 S. Biltmore Lane
Madison, WI 53718
Attorney No. 1036102
Telephone: 608-310-8341
Facsimile: 608-240-4179
E-mail: c.buchko@cbgwi.com

*/s/  Laura M. Finnegan*

Laura M. Finnegan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Ste. 2200
Chicago, IL 60606-5231
Attorney No. 1058640
Telephone: 312-236-4316
Facsimile: 312-236-0241
E-mail: lmfinnegan@baumsigman.com

Attorney for Plaintiffs Central Pension Fund of the
International Union of Operating Engineers and
Participating Employers and Joseph Shelton as
Chief Executive Officer of Central Pension Fund

3

Case 2:23-cv-00756-BHL    Filed 08/16/23    Page 3 of 3    Document 10