# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| Operating Engineers Local 139 Health Benefit Fund, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 23-cv-0756-bhl |
| Peters Heavy Construction, Inc. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ **the plaintiff** *(name)* Operating Engineers Local 139 Health Benefit Fund, et al. recover from the **defendant** *(name)* Peters Heavy Construction, Inc. the amount of Twenty-four thousand three hundred sixty-two dollars and seventy-two cents ($ 24,362.72), which includes liquidated damages, interest, attorney's fees, and costs of prosecution.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Brett H. Ludwig on a motion for default judgment under Fed. R. Civ. P. 55(b)(2).

Date: August 17, 2023

*CLERK OF COURT*

Julie D.

*Signature of Clerk or Deputy Clerk*